# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0060.  ERNESTINE STARLING v. RICHARD STARLING.**

Ernestine Starling's Emergency Motion for Extension of Time has been reviewed and the same is hereby DENIED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  06/23/2017
        *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*